**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | Chapter   13 |
| | : | |
| Gregory Morace | | |
| | : | |
| Debtor | : | Bankruptcy No. 20-11335ELF |

ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated 3/3/20 and an Order extending time until 3-24-20, this case

is hereby DISMISSED.

**Date: April 3, 2020**

_____
ERIC L. FRANK
United States Bankruptcy Judge

Missing Documents:

Matrix List of Creditors
Atty Disclosure Statement
Chapter 13 Plan
Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period Form 122C-1(old)
Means Test Calculation Form 122C-2 – If Applicable –
Schedules AB-J
Statement of Financial Affairs
Summary of Assets and Liabilities Form B106

Case 20-11335-elf    Doc 14    Filed 04/03/20    Entered 04/03/20 14:27:17    Desc Main
Document      Page 2 of 2

bfmisdoc elf (1/22/15)