United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 20-11335-elf
Gregory Morace                                                            Chapter 13
            Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: Randi              Page 1 of 1              Date Rcvd: Apr 03, 2020
                           Form ID: pdf900           Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 05, 2020.
db            +Gregory Morace,    766 Loch Alsh Ave,    Ambler, PA 19002-5032
14484211      +Bayview Loan Servicing, LLC,    C/O KML Law Group,    701 Market Street Suite 5000,
               Philadelphia, PA. 19106-1541
14484547      +Bayview Loan Servicing,LLC,    c/o Rebecca A Solarz, Esq.,    KML Law Group, PC,
               701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14488942     ++CITIZENS BANK N A,    ATTN BANKRUPTCY TEAM,    ONE CITIZENS BANK WAY,    JCA115,
               JOHNSTON RI 02919-1922
               (address filed with court:  Citizens Bank N.A.,    One Citizens Bank Way,    JCA115,
               Johnston, Rhode Island 02919)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: megan.harper@phila.gov Apr 04 2020 04:14:08     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 04 2020 04:13:47
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 04 2020 04:14:02     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14488942       E-mail/Text: Bankruptcy.RI@Citizensbank.com Apr 04 2020 04:13:28     Citizens Bank N.A.,
               One Citizens Bank Way,    JCA115,    Johnston, Rhode Island 02919
                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 3, 2020 at the address(es) listed below:
              IAN J. MUSSELMAN    on behalf of Debtor Gregory  Morace ian.j.musselman@gmail.com,
              G34342@notify.cincompass.com
              REBECCA ANN SOLARZ    on behalf of Creditor   Bayview Loan Servicing, LLC bkgroup@kmllawgroup.com
              United States Trustee     USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                              TOTAL: 4

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re                                      :   Chapter   13

                                           :

Gregory Morace

                                           :

                   Debtor                  :   Bankruptcy No. 20-11335ELF

ORDER

AND NOW, it is  ORDERED that since the debtor(s) have failed to

timely file the documents required by the order dated 3/3/20 and an Order extending time
until 3-24-20, this case

is hereby DISMISSED.

**Date: April 3, 2020**

_____
ERIC L. FRANK
United States Bankruptcy Judge

Missing Documents:

Matrix List of Creditors
Atty Disclosure Statement
Chapter 13 Plan
Chapter 13 Statement of Your Current Monthly Income and
Calculation of Commitment Period Form 122C–1(old)
Means Test Calculation Form 122C–2 – If Applicable –
Schedules AB–J
Statement of Financial Affairs
Summary of Assets and Liabilities Form B106

bfmisdoc elf (1/22/15)